UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE,

   *Plaintiff,*

v.     NO.   6:23-CV-01924-ACC-LHP

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC., a Florida not for
profit Corporation,

   *Defendant.*
_____/

## PLAINTIFF'S NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a) and this Court's Notice (ECF No. 3), Plaintiff Richard Misiti hereby submits this Notice of Lead Counsel Designation and designates Seth M. Lehrman to act as lead counsel in the above-captioned cause.

Dated: October 6, 2023     Respectfully submitted,

                                                 */s/ Seth M. Lehrman*
                                                 Seth M. Lehrman (FBN 132896)
                                                 Catherine L. Davis (FBN 122172)
                                                 EDWARDS HENDERSON LEHRMAN
                                                 425 North Andrews Avenue, Suite 2
                                                 Fort Lauderdale, FL 33301
                                                 Telephone: 954-524-2820
                                                 Facsimile: 954-524-2822
                                                 E-mail: seth@cvlf.com
                                                 E-mail: catherine@cvlf.com

                                                 *Counsel for Plaintiff*