**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Case No. 6:23-cv-01924-WWB-LHP

JANE DOE,

    Plaintiff,

v.

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC., a Florida not for
profit Corporation,

    Defendant.

_____/

**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

None.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

DATED:  December 26, 2023.

[SIGNATURE PAGE FOLLOWS]

134742757.1

DATED:  December 26, 2023.

                Respectfully submitted,

                /s/ Allison O. Kahn
                Allison O. Kahn
                Florida Bar Number 496138
                E-mail: akahn@carltonfields.com
                **CARLTON FIELDS, P.A.**
                CityPlace Tower – Suite 1200
                525 Okeechobee Boulevard
                West Palm Beach, FL  33401-6350
                Telephone: (561) 659-7070
                Facsimile:  (561) 659-7368

                *Attorneys for Defendant,*
                *Embry-Riddle Aeronautical University, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing system.

                /s/ Allison O. Kahn

134742757.1

## SERVICE LIST

**Plaintiff, Jane Doe v.
Defendant, Embry-Riddle Aeronautical University, Inc.**
Case No. 6:23-cv-01924-WWB-LHP

Seth M. Lehrman, Esq.
Catherine L. Davis, Esq.
EDWARDS HENDERSON LEHRMAN
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
seth@cvlf.com
catherine@cvlf.com
*Attorneys for Plaintiff, Jane Doe*
**VIA CM/ECF**

134742757.1