UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE,

   *Plaintiff,*

v.                                                  No.  6:23-CV-01924-ACC-LHP

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC., a Florida not for
profit Corporation,

   *Defendant.*
_____/

## NOTICE OF CHANGE OF FIRM NAME AFFILIATION AND ADDRESS OF COUNSEL

PLEASE TAKE NOTICE that SETH LEHRMAN, counsel for Plaintiff hereby gives notice that he has left the firm of Edwards Henderson Lehrman and is now a member of the law firm Lehrman Law. His contact information is below. All pleadings, memoranda, correspondence, orders and other papers filed or served in this action shall be sent to:

LEHRMAN LAW
951 Yamato Road, Suite 285
Boca Raton, Florida 33431
seth@lehrmanlaw.com / ecf@lehrmanlaw.com

Dated: February 2, 2024		Respectfully submitted,

		*/s/ Seth M. Lehrman*
		Seth M. Lehrman (FBN 132896)
		LEHRMAN LAW
		951 Yamato Road, Suite 285
		Boca Raton, FL 33431
		Telephone: 954-304-9260
		E-mail: seth@lehrmanlaw.com

		Catherine L. Davis (FBN 122172)
		EDWARDS HENDERSON
		425 North Andrews Avenue, Suite 2
		Fort Lauderdale, FL 33301
		Telephone: 954-524-2820
		Facsimile: 954-524-2822
		E-mail: catherine@cvlf.com

		*Counsel for Plaintiff*